AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   22-4088mb |
| Items seized by Park Rangers from Eric Donald on | ) | |
| February 26, 2022 in Grand Canyon National Park | ) | |
| located at the South Rim EOC, described in Attach. A | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Arizona
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 30, 2022 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any U.S. Magistrate in District of Arizona _____ .
                                                                                        *(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.03.16 16:20:54 -07'00'
                                              *Judge's signature*

City and state:      Flagstaff, Arizona          Camille D. Bibles, United States Magistrate Judge
                                                          *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-4088mb | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                      _____
                                                 *Executing officer's signature*

                                      _____
                                                   *Printed name and title*

**ATTACHMENT A – PROPERTY/ITEMS TO BE SEARCHED**

1. Items seized by Grand Canyon National Park rangers during their investigation of DONALD's base jump that occurred on February 25, 2022 in Grand Canyon National Park.  All items are currently located at the South Rim Emergency Operations Center within Grand Canyon National Park.
    a. Green "digital camouflage" military surplus style backpack retrieved from the person of DONALD pursuant to a search warrant
    b. Camera found in DONALD's green camouflage backpack which was seized from DONALD's person pursuant to a search warrant:
        i. Go Pro Hero Black 9; Serial Number C3441325595426
    c. 3 computer items seized from DONALD's vehicle pursuant to a search warrant:
        i. Serial Number WX62DC0PR3VJ
        ii. Serial Number NA9L8BO
        iii. Serial Number NAB17J2V
    d. 7 wrist-mounted computers/watches/altimeters seized from DONALD's vehicle pursuant to a search warrant
    e. Prism Range Finder (photography equipment) seized from DONALD's vehicle pursuant to a search warrant:
        iv. UNIEYE HK-1800P; Serial Number 200008051183
    f. Remote control airplane with SD card and accessories seized from DONALD's vehicle pursuant to a search warrant:
        v. MAVIK AIR2; Serial Number 3N33J4S with SD card and accessories
    g. Camera with battery and SD Card seized from DONALD's vehicle pursuant to a search warrant:
        vi. Canon Rebel TC; Serial Number 432074044307
    h. Laptop seized from DONALD's vehicle pursuant to a search warrant:
        vii. Macbook Pro; Serial Number C02G14TMMD6R
    i. Camera with battery and SD card seized from DONALD's vehicle pursuant to a search warrant:
        viii. Go Pro Hero 4; Serial Number C3131126970497
    j. San Disk 128 GB Micro SD seized from DONALD's vehicle pursuant to a search warrant
    k. 2 UBS cards and 2 flash cards seized from DONALD's vehicle pursuant to a search warrant
    l. 6 Jump Logbooks seized from DONALD's vehicle pursuant to a search warrant

**ATTACHMENT B – PROPERTY/ITEMS TO BE SEARCHED FOR AND SEIZED**

Evidence of the commission of, the fruits of, or property which has been used as the means of committing the offense of delivering a person by parachute, in violation of 36 C.F.R. 2.17(a)(3), including:

1. Parachute material, parachutes, parachute rigging, wingsuit(s), and other materials, equipment or objects used for base-jumping.

2. Helmet(s) used for skydiving, base jumping, or parachuting.

3. Documents, notes, logbooks, journals, diagrams, maps, photographs, electronic data or other material used in the planning, coordination, and implementation of illegal base jumping, wing suiting, parachuting, or skydiving activities.

4. Photographs, physical images, and any electronic data of the planning, coordination, and implementation of illegal base jumping, wing suiting, parachuting, or skydiving activities.

5. Documents and other indicia of ownership and control tending to establish control over the property/items in Attachment A.

6. Personal effects and other items of a personal, individualized nature such as clothing, wallets, purses, personal grooming equipment, identification, and other personal items found with or near the property/items in Attachment A tending to show a person's association with and control of that property.

7. Documents showing travel to and within Zion National Park for the past two months, including itineraries, receipts, airline and other common carrier tickets and receipts, hotel reservations and receipts, car rental reservations and receipts, and National Park entrances receipts, permits, and fee payments.

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Case #   22-4088mb |
| *Items seized from Eric Donald on February 26, 2022 in* | ) | |
| *GCNP located at the South Rim EOC, described in Attach. A* | ) | |
| | ) | |
| | ) | (Original To Be Filed With Court) |
| | ) | |

## ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, NPS Park Ranger Leandra Dede Golden, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property :

See Attachment A

located in the ____Federal____ District of ____ARIZONA____ , there is now concealed

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- [x] evidence of a crime;
- [x] contraband, fruits of crime, or other items illegally possessed;
- [x] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| **36 CFR 2.17(a)(3)** | **Air Delivery : Delivering or retrieving a person by parachute.** |

The application is based upon the following facts.

- [x] Continued on the attached sheet (reference attached **Affidavit**).
- [ ] Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to 28 U.S.C. §1746(2) I declare under penalty of perjury that the foregoing is true and correct.

LEANDRA GOLDEN
Digitally signed by LEANDRA GOLDEN
Date: 2022.03.16 12:38:20 -06'00'

*Applicant's Signature*

Executed on _____

Leandra Dede Golden, US Park Ranger in Zion NP

*Printed Name and Title*

Reviewed by AUSA Brady Wilson

_____/s/ Brady Wilson_____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.03.16 16:20:23 -07'00'

*Judge's Signature*

Date: _____

City and State: _____

United States Magistrate Judge

*Printed Name and Title*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

## UN-REDACTED AFFIDAVIT

## (ELECTRONICALLY SUBMITTED)

I, Leandra (Dede) Golden, a Law Enforcement Park Ranger, being duly sworn, depose and state as follows:

I am employed by the United States Department of the Interior, National Park Service, with approximately three years of federal service.  I am a Park Ranger currently assigned to Zion National Park in Utah.  Zion National Park is an area of proprietary jurisdiction.  As a federal law enforcement officer, I am authorized to investigate violations of the United States laws and to execute warrants issued under the authority of the United States.

This affidavit is made in support of an application for a search warrant to search and seize instrumentalities, fruits, and evidence of violations of Title 36 of the Code of Federal Regulations § 2.17(a)(3) – delivering or retrieving a person or object by parachute.  The property to be searched is described in Attachment A and the property to be searched for and seized is described in Attachment B.

The information contained in this Affidavit is from my personal knowledge, and from information provided to me by other law enforcement officers and witnesses including those listed herein.  This Affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact or occurrence in the matter observed by me or known to the Government.

1

1.  On March 3, 2022, I received a call from Officer Wynd of Grand Canyon National Park stating that Eric William DONALD was arrested on February 26, 2022 in Grand Canyon National Park for base jumping on February 25, 2022. Grand Canyon National Park rangers obtained a search warrant to seize property from DONALD's person and vehicle (CA registration 7JMP019; teal green Kia Soul; VIN: KNDJT2A55C7400343) to include a backpack, parachute material, and logbooks documenting DONALD's wingsuit base jumps.  Following an investigation by Park Rangers in Arizona, DONALD pled guilty to 36 C.F.R. § 2.17(a)(3) and was sentenced on March 4, 2022 to five days in jail plus two years probation.

2.  All the evidence from the investigation into DONALD's illegal base jumping at Grand Canyon National Park was seized and is currently being held at the South Rim Emergency Operations Center, within Grand Canyon National Park.  Officer Wynd e-mailed me photos from one of the logbooks which contained two entries that indicated DONALD likely base jumped in Zion National Park on at least two occasions.  In a logbook entry labeled by the writer as, "December 17, 2019 Zion National Park," the writer describes a base jump from Cable Mountain in Zion National Park.  In the logbook entry, the writer begins planning for base jumping when he writes, "I was on tinder looking for a get away driver." The writer also describes a 4-5 hour hike on a trail that was damaged by a mudslide, which matches the description of hiking from Weeping Rock to Cable Mountain.  The writer describes his base jumping take-off location as, "Right next to the structure Jump & fly dude!," which means he likely jumped from near the large historic wooden cable works structure located on the rim of Cable Mountain. The writer describes his flight when he writes, "No Rangers! 3-2-1 I give it the best push

2

of my life no miss I'm flying sooo far away now this is great! Go big pull super high! and pease (peace) out!"  The writer then describes landing on the floor of Zion Canyon where he interacts with people who saw him jump.

3.  In a logbook entry labeled as "539", the writer states, "Zion Back Again after scouting Grand Canyon found A Dream flight!"  The writer describes parking at the cemetery, which is located approximately 1.5 miles outside of Zion National Park's south entrance in Springdale, UT.  He describes a 2-hour hike to the cliff and describes the flight as a, "Super Rad conservative flight.  Loved it Good for tracking suit!"  The writer also describes the exit as following the river out.  The location descriptions match the description of hiking Cowboy Ridge to Mount Kinesava, a 7,285 foot tall Mountain in Zion National Park.  Although hikers typically park outside of Zion National Park to access Cowboy Ridge and Mount Kinesava, the hike immediately crosses into Zion National Park within approximately ¼ to ½ mile at approximately 4,200 feet in elevation.

4.  Based on the time frames and descriptions listed in the logbook, and the Grand Canyon Rangers' contact with DONALD in Grand Canyon National Park on February 23, 2022 while he was obtaining a wilderness permit, Grand Canyon rangers believe that the logbook entry labeled as "539" was from between February 18-23, 2022 and that DONALD illegally base jumped in Zion National Park during that timeframe.

5.  From my training and experience, I am aware that base jumpers and wing suit jumpers routinely film themselves using body and/or helmet worn cameras while in flight.  Based on the facts set forth in this affidavit, there is probable cause to believe that, contained within the Subject Property/Items as further described in Attachment A, there exists evidence, fruits, and instrumentalities, as described in Attachment B, of violations

3

of 36 C.F.R. 2.17(a)(3) (delivering a person by parachute), committed by Eric William

DONALD. Specifically, that DONALD illegally base jumped, facilitated by parachute, in

Zion National Park between February 18-23, 2022.

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the**

**foregoing is true and correct.**

LEANDRA
GOLDEN

Digitally signed by LEANDRA
GOLDEN
Date: 2022.03.16 12:39:11
-06'00'

Leandra (Dede) Golden                                    Date:
U.S. Park Ranger, National Park Service


___X___   Sworn by Telephone




Date/Time: _____

Camille D.
Bibles

Digitally signed by Camille
D. Bibles
Date: 2022.03.16 16:19:48
-07'00'

CAMILLE D. BIBLES
United States Magistrate Judge

4

**ATTACHMENT A – PROPERTY/ITEMS TO BE SEARCHED**

1. Items seized by Grand Canyon National Park rangers during their investigation of DONALD's base jump that occurred on February 25, 2022 in Grand Canyon National Park.  All items are currently located at the South Rim Emergency Operations Center within Grand Canyon National Park.
    a. Green "digital camouflage" military surplus style backpack retrieved from the person of DONALD pursuant to a search warrant
    b. Camera found in DONALD's green camouflage backpack which was seized from DONALD's person pursuant to a search warrant:
        i. Go Pro Hero Black 9; Serial Number C3441325595426
    c. 3 computer items seized from DONALD's vehicle pursuant to a search warrant:
        i. Serial Number WX62DC0PR3VJ
        ii. Serial Number NA9L8BO
        iii. Serial Number NAB17J2V
    d. 7 wrist-mounted computers/watches/altimeters seized from DONALD's vehicle pursuant to a search warrant
    e. Prism Range Finder (photography equipment) seized from DONALD's vehicle pursuant to a search warrant:
        iv. UNIEYE HK-1800P; Serial Number 200008051183
    f. Remote control airplane with SD card and accessories seized from DONALD's vehicle pursuant to a search warrant:
        v. MAVIK AIR2; Serial Number 3N33J4S with SD card and accessories
    g. Camera with battery and SD Card seized from DONALD's vehicle pursuant to a search warrant:
        vi. Canon Rebel TC; Serial Number 432074044307
    h. Laptop seized from DONALD's vehicle pursuant to a search warrant:
        vii. Macbook Pro; Serial Number C02G14TMMD6R
    i. Camera with battery and SD card seized from DONALD's vehicle pursuant to a search warrant:
        viii. Go Pro Hero 4; Serial Number C3131126970497
    j. San Disk 128 GB Micro SD seized from DONALD's vehicle pursuant to a search warrant
    k. 2 UBS cards and 2 flash cards seized from DONALD's vehicle pursuant to a search warrant
    l. 6 Jump Logbooks seized from DONALD's vehicle pursuant to a search warrant

**ATTACHMENT B – PROPERTY/ITEMS TO BE SEARCHED FOR AND SEIZED**

Evidence of the commission of, the fruits of, or property which has been used as the means of committing the offense of delivering a person by parachute, in violation of 36 C.F.R. 2.17(a)(3), including:

1. Parachute material, parachutes, parachute rigging, wingsuit(s), and other materials, equipment or objects used for base-jumping.

2. Helmet(s) used for skydiving, base jumping, or parachuting.

3. Documents, notes, logbooks, journals, diagrams, maps, photographs, electronic data or other material used in the planning, coordination, and implementation of illegal base jumping, wing suiting, parachuting, or skydiving activities.

4. Photographs, physical images, and any electronic data of the planning, coordination, and implementation of illegal base jumping, wing suiting, parachuting, or skydiving activities.

5. Documents and other indicia of ownership and control tending to establish control over the property/items in Attachment A.

6. Personal effects and other items of a personal, individualized nature such as clothing, wallets, purses, personal grooming equipment, identification, and other personal items found with or near the property/items in Attachment A tending to show a person's association with and control of that property.

7. Documents showing travel to and within Zion National Park for the past two months, including itineraries, receipts, airline and other common carrier tickets and receipts, hotel reservations and receipts, car rental reservations and receipts, and National Park entrances receipts, permits, and fee payments.