AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Arizona

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

APR 0 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Items seized by Park Rangers from Eric Donald on February 26, 2022 in Grand Canyon National Park located at the South Rim EOC, described in Attach. A | ) ) ) Case No.  22-4088mb<br>) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Arizona____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____March 30, 2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate in District of Arizona____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

*Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2022.03.16 16:20:54 -07'00'

Date and time issued: _____    _____
                                                                          *Judge's signature*

City and state:    ____Flagstaff, Arizona____    ____Camille D. Bibles, United States Magistrate Judge____
                                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-4088mb | Date and time warrant executed: 03/29/2022 | Copy of warrant and inventory left with: Copy sent to Officer Wynd in Grand Canyon NP |

Inventory made in the presence of :
Officer D. Golden

Inventory of the property taken and name(s) of any person(s) seized:

Evidence #: DG40     3 external hard drives (SN: WX62DC0PR3VJ, NA9EL8BO, NAB17J2V)
Evidence #: DG41     2 USB sticks and 2 flash cards
Evidence #: EW-01    Go Pro Hero Black 9 (SN: C3441325595426)
Evidence #: DG24     Go Pro Hero 4 (SN: C3131126970497)
Evidence #: DG23     Canon Rebel Camera (SN: 432074044307)
Evidence #: DG25     Macbook Pro Laptop (SN: C02G14TMMD6R)
Evidence #: DG31     4 Wristed-Mounted computer devices and accessories
Evidence #: DG17     Mavik Air2 Remote Control Airplane/drone with SD card (SN: 3N33J4S)
Evidence #: DG42     6 log books

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

LEANDRA GOLDEN
Digitally signed by LEANDRA GOLDEN
Date: 2022.03.29 16:29:04 -06'00'

*Executing officer's signature*

Leandra (Dede) Golden, US Park Ranger, Zion Nat.Park
*Printed name and title*